## Commonwealth *v.* Husinka, Appellant.

Submitted May 7, 1937.

Before Keller, P. J., Cunningham, Baldrige, Stadtfeld, Parker, James and Rhodes, JJ.

363

*Adam B. Shaffer,* for appellant.

*Richard D. Laird,* District Attorney, and *George H. McWherter,* Ass't District Attorney, for appellee.

PER CURIAM, July 15, 1937:
The order appealed from is affirmed on the opinion of the learned President Judge of the court below.